**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **TAMATEKOU KOKOUVI AMEFIA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-975-R** |
| | ) | |
| **DR. SCARLET GRANT, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

This matter is before the Court for review of the Report and Recommendation [Doc. No. 9] issued by United States Magistrate Judge Suzanne Mitchell ordering Petitioner's release from immigration detention because Respondents violated Petitioner's Fifth Amendment Due Process rights by re-detaining Petitioner without notice, a hearing, or any material change in circumstances. Respondents filed an Objection [Doc. No. 10], triggering de novo review of those portions of the Report to which a specific objection is made.[1] 28 U.S.C. § 636(b)(1); FED R. CIV. P. 72(b)(3).

Judge Mitchell concluded, Respondents concede, and this Court agrees that the Tenth Circuit's decision in *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026) dictates that Petitioner is detained pursuant to 8 U.S.C. § 1226(a).[2] Judge Mitchell further found that because (1) Petitioner previously received a bond hearing at which an

[1] Petitioner did not file an Objection to the Report or a response to the Government's Objection.
[2] Respondents state they do not waive their argument that Petitioner is detained under 8 U.S.C. § 1225(b)(2)(A) and thus is not entitled to a bond hearing.

Immigration Judge determined he was not a flight risk or danger to the community, (2) Petitioner was thereafter released on bond, and (3) Respondents re-detained him without notice, a hearing, or a material change in circumstances, Respondents have violated Petitioner's due process rights. As relief, Judge Mitchell recommends this Court order Petitioner's immediate release.

Respondents' cursory Objection asks this Court to limit any relief to a bond hearing pursuant to § 1226(a) and to decline to rule further with respect to Petitioner's constitutional claims.[3]

Judge Mitchell issued a well-reasoned Report and Recommendation, and Respondents have not presented any persuasive argument or authority to the contrary such that this Court could conclude that it should reject the Report. Accordingly, Judge Mitchell's Report is ADOPTED in its entirety. The Petition [Doc. No. 1] is GRANTED IN PART and Respondents are ordered to immediately release Petitioner subject to the same conditions of his earlier release. Respondents shall certify their compliance with this order.

IT IS SO ORDERED this 31st day of August, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

[3] Neither party objects to Judge Mitchell's recommendation that it is unnecessary to reach Petitioner's claims for relief under the APA and for a warrantless arrest. This Court agrees.